# EXHIBIT A



Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Edwin Dalmacio

April 16, 2025

## NOTICE OF DATA BREACH

Dear Edwin Dalmacio:

At Jani-King International, Inc. and its affiliated companies (collectively, "Jani-King"), we value and respect the privacy of your information. As a precautionary measure, we are notifying you of a recent security incident that may have involved some of your personal information. We received certain personal information about you in connection with, or related to, the ownership or purchase of a Jani-King franchise or employment with a Jani-King franchisee.

Although we have no evidence that your personal information was actually misused by the unauthorized third party, we are notifying you out of an abundance of caution because this incident, by its nature, could have allowed such third party to access, use, and/or disclose your information.

## WHAT HAPPENED?

We recently detected a security event affecting our internal systems and took immediate action to investigate, contain, and eradicate the incident with the assistance of outside forensic consultants. The investigation determined that an unauthorized third party accessed and copied files contained within certain segments of our network between November 26, 2024 and December 21, 2024. As part of this investigation, we initiated a detailed review of the impacted files to determine whether personal information belonging to individuals may have been accessible to the unauthorized party. Our review concluded on March 17, 2025, at which time we determined that some of your personal information was contained within the affected files.

## WHAT INFORMATION WAS INVOLVED?

The types of personal information that potentially could have been involved in the incident include your full name and Social Security Number.

## WHAT WE ARE DOING

Upon discovering the incident, we moved quickly to initiate a response, which included working closely with forensic consultants to investigate, contain, and remediate the incident, as well as to confirm the security of our network environment. We also promptly notified federal law enforcement authorities of the incident, wiped and rebuilt affected systems, and have begun implementing additional security measures to further enhance the privacy and security of information stored on our systems.

To help relieve concerns and restore confidence following this incident, we have arranged for you to enroll in a complimentary credit monitoring service for 12 months, at no cost to you, through Equifax. A description of this service and instructions for enrollment can be found within the enclosed "Other Important Information" document.